UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>RICHARD G. ASOIAN, TRUSTEE OF  )<br>HARRY LOOSIGIAN REALTY TRUST,  )<br>Defendants  ) | CIVIL ACTION NO. |

### ORDER OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture, shall on or before 40 days from the date of this Order:

(1) publish a copy of the attached NOTICE once in the Andover Townsman, a newspaper published in Andover, Massachusetts, and the Andover Townsman having a general circulation in Andover, Massachusetts;

(2) mail by certified mail a copy of the attached NOTICE and of the COMPLAINT to the defendants at their last known address;

(3) record a certified copy of the attached NOTICE in the North Essex Registry of Deeds.

Dated: 2/9/06

_____, Deputy
Clerk