RECEIVED
Clerk's Office
USDC, Mass.
Date  5/5/2005
By  M.P.
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> Plaintiff,  )  <br>  )  <br> v.   )  <br>  )  <br> RICHARD G. ASOIAN, TRUSTEE OF  )  <br> HARRY LOOSIGIAN REALTY TRUST, )  <br> Defendants  ) | CIVIL ACTION NO. <br><br> **05 11645 JLT** |

## NOTICE OF COMPLAINT FOR APPROVAL OF MORTGAGE FORECLOSURE IN ACCORDANCE WITH THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT OF 1940

TO:  Richard G. Asoian
c/o Devine Millimet
P.O. Box 39
300 Brickstone Square
Andover, MA 01810

and to all persons entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940.

The United States of America is the holder of a mortgage of real property with statutory power of sale, at 386 High Plain Road, Essex County, Massachusetts, as follows. The mortgage was given by Harry and Gertrude P. Loosigian to the Farmers Home Administration, is dated January 30, 1981, and is recorded in Book 1485 at Page 262 of the North Essex Registry of Deeds.

The Farm Service Agency ("FSA") is successor to the Farmers Home Administration, United States Department of Agriculture.

The United States has filed in the United States District Court for the District of Massachusetts a complaint for authority under the Soldiers' and Sailors' Civil Relief Act of 1940

to foreclose the mortgage by entry and possession and by the exercise of a power of sale contained in the mortgage.

If you are entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 <u>and</u> object to a foreclosure of the mortgage, you (or your attorney) should file an appearance and an answer in the United States District Court on or before sixty (60) days from the date of service or you may forever barred from claiming that the foreclosure is invalid under the Soldiers' and Sailors' Civil Relief Act of 1940.

DATED: 2/9/06

                                                      Clerk

                                         By: _____
                                               DEPUTY CLERK