UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>v.<br><br>RICHARD G. ASOIAN, TRUSTEE OF<br>HARRY LOOSIGIAN REALTY TRUST,<br>    Defendants | CIVIL ACTION NO. 05-11645-JLT |

### ORDER AUTHORIZING MORTGAGE FORECLOSURE

Upon the attached affidavit of service of notice by the Farm Service Agency, and no person entitled to the benefits of the Soldiers' and Sailors' Civil Relief Act of 1940 having appeared to object to a foreclosure of the mortgage given by Harry and Gertrude P. Loosigian to the United States, acting through the Farmers Home Administration, which is dated January 30, 1981 and recorded on January 30, 1981 in Book 1485 at Page 262 of the North Essex Registry of Deeds,

IT IS ORDERED that the United States of America is authorized under the Soldiers' and Sailors' Civil Relief Act of 1941 to make an entry and to sell the mortgaged property in accordance with the powers contained in the mortgage.

Dated: 2/17/06

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 05 11645 JLT<br>) |
| RICHARD G. ASOIAN, TRUSTEE OF<br>HARRY LOOSIGIAN REALTY TRUST,<br>    Defendants | )<br>)<br>) |

### AFFIDAVIT OF SERVICE OF NOTICE

The United States of America, acting through the Farm Service Agency, United States Department of Agriculture:

(1) published a copy of the NOTICE in the Andover Townsman, a newspaper published in Andover Massachusetts, on September 8, 2005, the Andover Townsman having a general circulation in Andover, Massachusetts.

(2) mailed by certified mail on September 2, 2005 a copy of the NOTICE to the defendants at the following address:

> Richard G. Asoian
> c/o Devine Millimet
> P.O. Box 39
> 300 Brickstone Square
> Andover, MA  01810

(3) recorded a certified copy of the NOTICE on December 19, 2005 in Book 9950, Page 8 in the Essex North County Registry of Deeds.

_Jane A. Rice_
Jane A. Rice
Agriculture Specialist
Farm Service Agency

Commonwealth of Massachusetts

                                  ss.

County of Hampshire

On this 24th day of January, 2006, before me, the undersigned Notary Public, personally appeared Jane A. Rice, proved to me through personal knowledge, to be the person whose name is signed on the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of her knowledge and belief.



                                                            Christine S. Laprade
                                                            Notary Public

My Commission expires March 30, 2012